J. Michael Schaefer
1101 Saint Paul St. #1605
Baltimore, Md. 21202
Tel../Fax 410 332 1190
E: mike2004@cox.net
*Plaintiff Pro Se*

2006 APR 18  A 9: 12

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

J. Michael Schaefer
    Plaintiff

v.

Erin Kenny ;  Clark County,
Nevada, a government entity;
Defendants

## 2:06-cv-00481-RCJ-PAL

**COMPLAINT FOR
MONEY DAMAGES**

*JURISDICTION*:

    Jurisdiction arises herein pursuant to Title 28, USC sec. 1332 in that the case  is between citizens of different states and the amount in controversy exceeds $400,000.

*COUNT ONE:*

1.  Plaintiff is a citizen of the State of Maryland; defendant Kenny  is a citizen of the State of Nevada, defendant County has its principal office in Nevada.

2.  Plaintiff is a taxpayer of Clark County, Nevada owning a second residence at 3930 Swenson St., #103, Las Vegas, Nevada, and paying property and other taxes to the government of Clark County, Nevada.    His interest in this matter is no different than that of all other residents of said County, and he brings this matter seeking relief

-1-

to be paid to the taxpayers of Clark County, including himself, by payment to the Treasury of said Clark County government 100% of proceeds of this litigation.

3. Defendant Kenny has admitted receiving not less than $400,000 in bribes, monies paid to her by strip club magnate Michael Galardi, developer Don Davidson, Triple Five Development, developer Jim Rhodes, and "China Man", and possibly others.

4. Defendant Kenny has admitted engaging in illegal conduct, commission of one or more felonies, during her service as Commissioner, Clark County, the result being the $400,000 having the nature of proceeds of criminal activity, not unlike the loot taken by a bank robber.

5. By accepting election to County Commissioner, defendant Kenny assigned her judgment and discretion to the citizens of Clark County, it being their property, and her opting sell said judgment and discretion to sources named in paragraph 3 is a transaction, the benefits of which properly belong to Clark County's taxpayers.

6. Above-named sources of said money would be guilty of giving bribes in each instance where defendant was receiving bribes, thus engaging in criminal activity of their own. The relationship of these individuals to the criminal justice system is outside the concern of this litigation and is left to pursuit by public authorities.

7. The United States Attorney, criminal prosecutor in these matters, is without jurisdiction to 'wheel and deal' with the 'loot', and its announced intent to permit criminal defendant to keep 82% of the ill-gotten goods and forfeit but 18% to the United States, is an arrangement that Willie Sutton would appreciate and one that is condemned by the Nevada Center for Public Ethics and should be determined by this Court.

8. The beneficiary of this litigation is the taxpayers of Clark County, Nevada, and said County's counsel advises that the County will not pursue any recovery of these monies; thus said county has been named as a party-defendant which is appropriate when an interested party refuses to participate or become party-plaintiff.

**WHEREFORE, plaintiff demands judgment as follows:**

1. That plaintiff as a taxpayer of Clark County, Nevada has standing to pursue the best interests of said county up the failure of said County to do so, as a 'private attorney general', in the public interest;

2. That the proceeds of criminal activity in general and bribes in particular belong to the victim thereof, the victim in these premises being the taxpayers and citizens of Clark County;

3. That this is not a class action but an individual taxpayers action appropriate under the federal system of jurisprudence;

4. That plaintiff CLARK COUNTY have and recover total amounts given by bribe-givers to influence her judgment and discretion and received by defendant Erin Kenny in the course of her service as Clark County Commissioner.

5. That plaintiff J. Michael Schaefer recover his costs incurred herein and such further relief as is justified in the premises.

Date: April 18, 2006

J. MICHAEL SCHAEFER
Plaintiff Pro Se

## JURY DEMAND:

Plaintiff demands trial by jury as to all contested issues of fact.

Date: April 18, 2006

J. Michael Schaefer, Plaintiff Pro Se

-3-